IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER NOVIELLI,**<br>           **Plaintiff,**<br><br>           v.<br><br>**TREC GROUP, INC.,**<br>           **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 16-1247** |

## O R D E R

**AND NOW**, this 8th day of March, 2017, upon consideration of defendant Trec's Motion for Summary Judgment (Document No. 18, filed November 10, 2016), Plaintiff's Response in Opposition to Trec's Motion for Summary Judgment (Document No. 19, filed November 21, 2016), and Trec's Response [sic] to Plaintiff's Response in Opposition to Trec's Motion for Summary Judgment (Document No. 20, filed November 29, 2016), for the reasons set forth in the accompanying Memorandum dated March 8, 2017, **IT IS ORDERED** that Trec's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   1.   That part of Trec's Motion that seeks summary judgment on plaintiff's hostile work environment claims under Title VII and the PHRA is **GRANTED**.

   2.   That part of Trec's Motion that seeks summary judgment on plaintiff's gender discrimination claims under Title VII and the PHRA is **DENIED**.

   3.   That part of Trec's Motion that seeks summary judgment on plaintiff's retaliation claims under Title VII and the PHRA is **DENIED**.

   **IT IS FURTHER ORDERED** that on or before March 24, 2017, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled. In the event the case is not settled on or before March 24, 2017, counsel shall include in their

joint report a statement as to whether they believe a settlement conference before a magistrate judge or mediation under Local Civil Rule 53.3 and the Mediation Protocol Under Local Civil Rule 53.3 might be of assistance in resolving the case and, if so, on what form of alternate dispute resolution they agree and by what date they will be prepared to begin such proceedings. If the parties agree on alternative dispute resolution and deem it appropriate to suspend further proceedings under the Scheduling Order until the question of settlement is fully explored, they should request a *vacatur* of the Scheduling Order in their joint report.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**