IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER NOVIELLI,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **TREC GROUP, INC.,**<br>           **Defendant.** | **NO. 16-1247** |

## O R D E R

**AND NOW**, this 24th day of March, 2017, **IT IS ORDERED** as follows:

1.      This case is **REFERRED** to United States Magistrate Judge Thomas J. Rueter for the scheduling of a settlement conference;

2.      The parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled within seven (7) days following the last settlement conference before Magistrate Judge Rueter.

                                                                **BY THE COURT:**

                                                                **/s/ Hon. Jan E. DuBois**
                                                                _____
                                                                         **DuBOIS, JAN E., J.**