IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER NOVIELLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TREC GROUP, INC. | : | NO. 16-1247 |

**NOTICE**

**March 29, 2017**

**Before: THOMAS J. RUETER, UNITED STATES MAGISTRATE JUDGE**

    Please be advised that a settlement conference in the above-captioned case will be held on **April 27, 2017** at **10:00 a.m.**  The conference will take place in Courtroom 3-C, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar as is feasible with the case and have authority from the client and an evaluation of the case for settlement purposes, should appear at the conference.[1]

    Failure to comply with this directive may result in the imposition of sanctions.  The conference will be continued to another date only in exceptional cases.

                                                                  By:

                                                              /s/ Lisa Tipping
                                                              **Lisa Tipping**
                                                              **Deputy Clerk**
                                                              *Office No. 215-597-0048*
                                                              *Fax No. 215-580-2392*

---

[1] **Clients are required to attend settlement conferences, unless excused by the court.  If so excused, the client must be available by telephone.  In a personal injury case where a plaintiff's workmen's compensation carrier is seeking satisfaction of its lien on any recovery, the plaintiff's attorney must have the representative of the carrier present or available by telephone.  Judge Rueter does not require submissions in advance, although he invites all parties to submit any information they believe would be helpful at least two days prior to the conference.**